435 A.2d 915

Commonwealth v. Miller, Appellant.

Sub-mitted September 11, 1980. William L. Van Alen, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

435 A.2d 915

Commonwealth v. Regula, Appellant.
Petition for Allowance of Appeal Denied Jan. 4, 1982.

Submitted December 4, 1980. Joel H. Slomsky, for appellant; David Grine, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.